IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LESTER BRENSON,**

**Plaintiff,**

**v.**

**HOLTEN MEAT, INC.,**

**Defendant.**                                                         No. 04-CV-0766-DRH

<u>**ORDER**</u>

**HERNDON, District Judge:**

Now before the Court is Defendant's January 17, 2006 motion for summary judgment and request to file the same (Doc. 44). Specifically, Defendant moves for leave to file a summary judgment motion based on the deposition testimony of Dr. Terry Weis taken on January 5, 2006. Based on the following, the Court **DENIES** Defendant's untimely request. Here, Defendant seeks leave to file summary judgment approximately 3 weeks before the trial date and 4 ½ months after the close of discovery. Defendant contends that the Court should allow it to file its summary judgment motion because it just became aware of Dr. Weis' testimony and that the Court allowed Plaintiff to take the "late" deposition. Defendant misconstrues the facts. The Court did not allow Plaintiff to take a "late" deposition; rather the Court allowed Plaintiff leave to take a deposition to preserve Dr. Weis' testimony as he is not available to testify live at trial. Furthermore, Defendant does not explain why it did not take the deposition of Dr. Weis for discovery purposes

prior to the close of discovery or why it did not discover the facts surrounding its assertions in support of its dispositive motion before now through other forms of discovery. Had Defendant taken Dr. Weis' deposition at the proper time or utilized other discovery methods, it would have become aware of his testimony at that time and the facts it now asserts and Defendant could have filed a timely motion for summary judgment based on Dr. Weis' testimony or the other assertions of fact. Accordingly, the Court **DENIES** Defendant's January 17, 2006 motion for summary judgment and request to file the same (Doc. 44).

**IT IS SO ORDERED.**

Signed this 19th day of January, 2006.

/s/          David RHerndon
**United States District Judge**