# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LESTER BRENSON,** | ) |
| | ) |
|    **Plaintiff(s),** | ) |
| | ) |
|   vs. | )  No.  04-CV-766 DRH |
| | ) |
| **HOLTEN MEAT, INC.,** | ) |
| | ) |
|    **Defendant(s).** | ) |

## ORDER OF DISMISSAL

The Court having been advised by the counsel for the parties that the above action has been settled;

**IT IS ORDERED** that this action is hereby dismissed without costs and with the right, upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

DATED: This   3rd   day of  February  , 2006.

                /s/                          David   RHerndon
                **UNITED STATES DISTRICT JUDGE**